# EXHIBIT A



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Mon Jan 13 03:10:46 EST 2014*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | GINSENG SLIM TEA |
| **Goods and Services** | IC 030. US 046. G & S: Ginger tea; Ginseng tea; Herbal tea; Tea bags. FIRST USE: 20130102. FIRST USE IN COMMERCE: 20130131 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.03.02 - Silhouettes of women; Women depicted as shadows or silhouettes of women<br>27.03.02 - Humans forming letters or numerals; Humans forming punctuation |
| **Serial Number** | 85957679 |
| **Filing Date** | June 12, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) YJ HEALTH CORP. CORPORATION ILLINOIS 2820 FARMINGTON ROAD NORTHBROOK ILLINOIS 60062 |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of capital letters in GINSENG and TEA formed with black and white colors. The inside background of bold letters are colored in white with black shadows surrounding the letters at the borderline. The capitalized letters "SLIM" are consist of same colors and features, but bigger and narrower font. The unique body figure represents the letter "I". |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

# EXHIBIT B

 **United States Patent and Trademark Office**

Home  Site Index  Search  FAQ  Glossary  Guides  Contacts  eBusiness  eBiz alerts  News  Help

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Jan 13 03:10:46 EST 2014*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | SLIM |
| **Goods and Services** | IC 030. US 046. G & S: Ginseng tea; Herbal tea; Tea bags; Tea extracts; Tea for infusions. FIRST USE: 20100105. FIRST USE IN COMMERCE: 20100105 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.03.02 - Silhouettes of women; Women depicted as shadows or silhouettes of women<br>04.07.03 - Geometric figures or combinations of geometric figures representing a person; Geometric figures representing a person; Geometric shapes forming a person; Person formed by geometric shapes<br>27.03.05 - Objects forming letters or numerals |
| **Serial Number** | 86000532 |
| **Filing Date** | July 2, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) YJ HEALTH CORP. CORPORATION ILLINOIS 2820 FARMINGTON ROAD NORTHBROOK ILLINOIS 60062 |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of capital letters in SLIM formed with black and white colors. The unique body figure is being used to represent the letter "I". The inside background of bold letters are colored in white with black shadows surrounding the letters at the borderline. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY